FERRIS, Respondent, v. FERRIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 8, 1896.) Action by Claiborne Ferris against A. Morton Ferris, Floyd Ferris, and William A. Kimball. Wheeler H. Peckham, for appellants. Esek Cowen, for respondent.

PER CURIAM. We find no sufficient reason for interfering with the result reached by the learned referee who tried this case. The main purpose of the suit was to establish the liability of the defendant A. Morton Ferris for $25,000 deposited with the firm of A. M. Ferris & Kimball by the plaintiff in 1890. The defendants sought to show, in the first place, that the sum mentioned was paid to them, not as a special loan or deposit, as the plaintiff alleged, but upon an open and running account between them and the plaintiff relating to stock transactions; and for this reason they contended that he could not sue for it as a separate and independent obligation. Another branch of the defense was that, upon the dissolution of the firm of A. M. Ferris & Kimball, in 1892, and the formation of a new firm, known as "Ferris & Kimball," in which A. Morton Ferris was not a partner, the old firm had been discharged from all liability on account of this $25,000. The evidence on both issues was conflicting, or such as to justify different inferences, depending upon the view which the trial court might take of the credibility of the witnesses and the significance to be attached, or the weight to be given, to the various items of documentary evidence, consisting largely of stockbrokers' accounts. In passing upon the questions of fact, the referee has adopted the view which is most favorable to the plaintiff; and, in the absence of legal error affecting his determination, or unless that determination is against the weight of evidence, we cannot set it aside without virtually making this tribunal the trial court in his place and stead. The judgment should be affirmed, with costs.

FERRIS, Respondent, v. FERRIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. Dec. 8, 1896.) Action by Annie W. Ferris against A. Morton Ferris, Floyd Ferris and William A. Kimball. Wheeler H. Peckham, for appellants. Esek Cowen, for respondent.

PER CURIAM. We think this judgment should be affirmed for substantially the same reasons as those assigned in the case of Ferris v. Same Defendants (decided herewith) 42 N. Y. Supp. 1125. Irrespective of the question of the agency of the plaintiff's husband to make the contract in her behalf, to discharge the old firm as a debtor, and accept the new firm instead, we deem the evidence sufficient to support the referee in holding that no such contract was actually made by the plaintiff's husband, and in rejecting the defense of novation. Judgment affirmed, with costs.

FERRIS et al., Respondents, v. HARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Peter J. Ferris as trustee, etc., and the city of Buffalo against Samuel B.

Hard and Margaret H. Hard, impleaded, etc. No opinion. Judgment affirmed, with costs. All concur.

FLEISCHMAN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Joseph Fleischman against Jeremiah T. Smith. C. N. Bovee, Jr., for appellant. A. H. Parkhurst, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FLEISCHMAN, Appellant, v. SMITH, Respondent. SMITH, Respondent, v. FLEISCHMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Actions by Joseph Fleischman against Jeremiah T. Smith, and by Jeremiah T. Smith against Joseph Fleischman and others. A. H. Parkhurst, for appellants. C. N. Bovee, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FORSCH. (Supreme Court, Appellate Division, First Department. December 22, 1896.) No opinion. Reference ordered.

FRIEDELL, Appellant, v. FRANKLIN TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by Emile F. Friedell against the Franklin Trust Company and others. No opinion. Motion granted, with $10 costs.

GAVIN et al., Respondents, v. CAMPBELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 12, 1897.) Action by Addison Gavin and others against Elijah M. Campbell and others. No opinion. Judgment and order affirmed, with costs.

GIDEON, Respondent, v. DWYER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 22, 1896.) Action by David Gideon against Philip J. Dwyer. James C. Cropsey, for appellant. Otto Horwitz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 40 N. Y. Supp. 1053, and 41 N. Y. Supp. 1116.

GOULD, Respondent, v. McGILLEN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by Charles W. Gould against Edward M. McGillen and others. J. N. Tuttle, for appellants. Almon Goodwin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GROSS v. DRY DOCK, E. B. & B. R. CO. (Supreme Court, Appellate Division, First Department. November, 1896.) Action by Julia Gross against the Dry Dock, East Broadway & Battery Railroad Company.

PER CURIAM. An appeal from the judgment in this case was argued in connection with the case of Gillespie v. Same Defendant, 42 N. Y. Supp. 245, and the same errors are relied upon in each case. The only difference is that